DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYLE J. WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D20-312, 4D20-314, 4D20-315, 4D20-316,
4D20-317, 4D20-318 and 4D20-319

[January 21, 2021]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case Nos. 50-2018-CF-012254-AXXX-MB, 50-2018-CF-012309-AXXX-MB, 50-2019-CF-000169-AXXX-MB, 50-2019-CF-000780-AXXX-MB, 50-2019-CF-001438-AXXX-MB, 50-2019-CF-001466-AXXX-MB and 50-2019-CF-006205-AXXX-MB.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***